UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TISHA GOINGS** § | |
| § | |
| **V.** § | CIVIL ACTION NO. 4:22-CV-159 |
| § | |
| **KEUNDRE COOK AND COVENANT** § | |
| **TRANSPORT, INC.** § | |

## NOTICE OF REMOVAL

Defendant Covenant Transport, Inc. ("Covenant") files this Notice of Removal pursuant to 28 U.S.C. § 1332(a) to remove the present action to the United States District Court for the Southern District of Texas, Southern Division, and states as follows:

## INTRODUCTION

1. This personal injury lawsuit was initiated on December 14, 2021, when Plaintiff Tisha Goings ("Plaintiff") filed her Original Petition in Cause No. 2021-81294 in the 129th Judicial District Court of Harris County, Texas against Defendants Ke'undre Cook ("Cook") and Covenant.[1] The suit arises from a motor vehicle collision that occurred on or about August 2, 2021 in Harris County, Texas between a car driven by Plaintiff and a tractor-trailer owned by Covenant and driven by Cook (the "Incident"). Plaintiff alleges that Cook made an unsafe turn and struck Plaintiff. Plaintiff contends that Covenant was negligent in hiring, training and supervising Cook. Defendants deny these allegations.

---

[1] *See* Exhibit A, Plaintiffs' Original Petition, attached hereto and incorporated herein.

1

2.      Covenant was served with Plaintiff's Original Petition on December 17, 2021.[2] Covenant filed its Original Answer in the 129th Judicial District Court, Harris County, Texas on January 10, 2022.[3] Defendant Cook was served on January 12, 2022 and has not yet made any appearance[4].

## GROUNDS FOR REMOVAL—DIVERSITY OF CITIZENSHIP

3.      Removal is proper because there is complete diversity of citizenship between the parties and the alleged amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a) (1). Specifically:

   a. According to Plaintiff's Original Petition, Plaintiff is a resident and citizen of Harris County, Texas.[5]

   b. Covenant is a Tennessee corporation with its principal office in Chattanooga, Tennessee.[6] Accordingly, with regard to Covenant, there is complete diversity.

   c. Cook is a resident of Tennessee. Accordingly, with regard to Cook, there is complete diversity. Cook was reportedly served on or about January 12, 2022, and has not yet made an appearance. Cook has consented to this removal.[7]

   d. Plaintiff's Original Petition states that Plaintiff seeks monetary relief over $200,000.00, but not more than $1,000,000.00.[8]

## VENUE IN THE SOUTHERN DISTRICT IS PROPER

4.      Plaintiff filed this action in Harris County, Texas. The Houston Division of the Southern District of Texas encompasses Harris County, Texas. *See* 28 U.S.C § 124(c)(2). Thus, this district and division embrace the place where the state court action is pending. *See* 28 U.S.C. §1441(a).

---

[2] *See* Exhibit B, Citation of Service.
[3] *See* Exhibit C, Covenant's Original Answer.
[4] See Exhibit G, which includes the Return of Service of the citation served upon Defendant Cook.
[5] *Id.,* at p.1.
[6] *See* Exhibit D, Declaration of Tripp Grant, incorporated herein.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

5. Covenant was served with citation on December 17, 2021. This Notice of Removal is filed on January 13, 2022. Therefore, this Notice of Removal is timely filed within 30 days of when Defendant received Plaintiff's Original Petition and within one year of the commencement of this suit. *See* 28 U.S.C. § 1446(b). Additionally, as certified below, Cook has consented to the removal of this case to federal court.

## NOTICE TO STATE DISTRICT COURT AND PLAINTIFF

6. Covenant's Notice of Removal has been served upon Plaintiff through her counsel by Notice of Filing/E-File along with email service. Covenant's Notice of Removal is being promptly filed with the Clerk of the 129th Judicial District Court of Harris County and serves immediately to confer exclusive jurisdiction of this cause upon this Court, and divests the state court of all jurisdiction over these proceedings and claims.

7. The filing fee has been paid to the Clerk.

## INDEX OF EXHIBITS FILED

8. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is accompanied by the following documents:

Exhibit A:   Plaintiff's Original Petition;

Exhibit B:   Citation of Service;

Exhibit C:   Defendant Covenant's Original Answer;

Exhibit D:   Declaration of Tripp Grant;

Exhibit E:   Notice of Consent;

---

[7] *See* Exhibit E, Notice of Consent.
[8] *See* Plaintiff's Original Petition, at p.5.

Exhibit F:   An index of matters being filed;

Exhibit G:   All executed process in the case, all pleadings asserting causes of action and all answers to such pleadings;

Exhibit H:   A list of all counsel of record, including addresses, telephone numbers, and parties represented.

## **CONCLUSION**

9. Covenant prays that this action be removed to this Court, that this Court accept jurisdiction of this action in its entirety, and that this action be placed on the docket of the Court for further proceedings as though this action had been initially instituted in this Court.

10. This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

Respectfully submitted,

By: */s/ David L. Merkley*
DAVID L. MERKLEY
Attorney in Charge
Texas State Bar No. 00798373
Federal I.D. No. 21558
dmerkley@hartlinebarger.com
SARAH C. JONES
Texas Bar No. 24031872
sjcjones@hartlinebarger.com
Hartline Barger, LLP.
1980 Post Oak Blvd., Suite 1800
Houston, TX  77056
713-759-1990 – Telephone
713-652-2419 – Facsimile

ATTORNEYS FOR DEFENDANT,
COVENANT TRANSPORT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all known counsel of record pursuant to the Texas Rules of Civil Procedure on this 14th day of January, 2022.

*/s/ David L. Merkley*
DAVID L. MERKLEY