United States District Court
Southern District of Texas
**ENTERED**
July 12, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TISHA GOINGS** | § § | |
| **V.** | § § | CIVIL ACTION NO. 4:22-CV-159 |
| **KEUNDRE COOK AND COVENANT TRANSPORT, INC.** | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Stipulation of Dismissal with Prejudice filed by Plaintiff, Tisha Goings, and Defendants, Keundre Cook and Covenant Transport, Inc., it is hereby ORDERED that Plaintiff Tisha Goings' claims against Defendants, Keundre Cook and Covenant Transport, Inc. in the above captioned litigation are DISMISSED WITH PREJUDICE.

Signed on this 12th day of July, 2023.



_____
JUDGE PRESIDING

**AGREED AS TO FORM AND CONTENT:**

By: _/s/ M. Paul Skrabanek_
**M. PAUL SKRABANEK**
Attorney in Charge
Texas State Bar No. 24063005
Paul@pstriallaw.com
Pierce Skrabanek, PLLC
3701 Kirby Drive, Suite 760
Houston, Texas 77098
832-690-7000 – Office
832-616-5576 – Facsimile

**ATTORNEY FOR PLAINTIFF**

By: _/s/ David L. Merkley_
DAVID L. MERKLEY
Attorney in Charge
Texas State Bar No. 00798373
Federal I.D. No. 21558
dmerkley@sbsb-eastham.com
SARAH C. JONES
Texas Bar No. 24031872
Federal I.D. No. 300074
sjones@sbsb-eastham.com
Schouest, Bamdas, Soshea,
Benmaier & Eastham, PLLC
1001 McKinney Street, Suite 1400
Houston, Texas 77002
713-588-0446 – Office
713-574-2942 – Facsimile

**ATTORNEYS FOR DEFENDANT**